# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD RANDOLPH ARNOLD,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>MELISSA LEA,<br><br>　　　　　　Respondent. | Case No. CV 10-08047-MMM (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  October 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE